UST-31, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| CUSICK, WARREN CLIFFORD | ) | CASE NO. 09-00003-PHX-SSC |
| CUSICK, SUSANNE WILT | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

BRIAN J. MULLEN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 12 | RECOVERY MANAGEMENT SYSTEMS CORP<br>FOR GE MONEY BANK<br>DBA DILLARDS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | $1.71 |
| 13 | RECOVERY MANAGEMENT SYSTEMS CORP<br>FOR GE MONEY BANK<br>DBA CHEVRON TEXACO PLCC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | $4.77 |

February 17, 2011      /s/
    DATE      BRIAN J. MULLEN, TRUSTEE